UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| PATRICK G. RYAN,<br>TAMMY G. RYAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>KINGMAKER FOOTWEAR HOLDINGS,<br>LTD.; YUE YUEN INDUSTRIAL<br>(HOLDINGS) LIMITED; and POU<br>CHEN CORPORATION,<br><br>        Defendants. | No. 2:10 CV 01 DDN |

**ORDER**

This matter is before the Court on review of the file.

The Amended Complaint was filed on January 22, 2010. (Doc. 11.) The record does not reflect proof of service of summons and complaint on defendants Kingmaker Footwear Holdings, Ltd.; Yue Yuen Industrial (Holdings) Ltd.; and Pou Chen Corporation. See Fed. R. Civ. P. 4(m).

**IT IS HEREBY ORDERED** that plaintiff is directed promptly to serve Kingmaker Footwear Holdings, Ltd.; Yue Yuen Industrial (Holdings) Ltd.; and Pou Chen Corporation and file proof of such service within thirty (30) days of the date of this Order. Failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure and this order will result in dismissal without prejudice of the claims against defendants Kingmaker Footwear Holdings, Ltd.; Yue Yuen Industrial (Holdings) Ltd.; and Pou Chen Corporation.

                                            /S/   David D. Noce
                                  **UNITED STATES MAGISTRATE JUDGE**

Signed on June 2, 2010.