IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| **Patrick G. Ryan, et al.**, | } |
| Plaintiffs, | } |
| v. | } Cause No. 2:10cv0001 DDN |
| | } |
| **The Timberland Company, et al.**, | } |
| Defendants. | } |

# Motion to Dismiss Without Prejudice as to Defendants Yue Yuen Industrial (Holdings) Limited and Pou Chen Corporation

Come now the plaintiffs and dismiss their claims against defendants Yue Yuen Industrial (Holdings) Limited and Pou Chen Corporation without prejudice.

/s/ Branson L. Wood III

---

Branson L. Wood III     MO Bar #26786
Attorney for Plaintiffs     ED of MO #4742
1001 Center Street
Hannibal, MO 63401
Office #(573) 221-4255
FAX #(573) 221-7413

BLW:ljm
N:\Clients\Ryan, Patrick G\4716A\PLD2\Dismiss Yue and Pou.wpd

## Certificate of Service

I hereby certify that on the 10th day of June, 2010, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following: Mr. Christopher P. Leritz, 555 Washington, Suite 600, St. Louis, MO 63101 and Robbye Hill Toft, 940 Westport Plaza, Suite 208, St. Louis, MO 63146.

/s/ Branson L. Wood III

---

Branson L. Wood III     MO Bar #26786
Attorney for Plaintiffs     ED of MO #4742