UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| Patrick G. Ryan, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:10CV0001 ERW |
| | ) | |
| The Timberland Company, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

The matter comes before the Court on Defendants' Motion for Leave to File a Supplemental Discovery Request to Obtain Additional Medical Records of Plaintiff [ECF No. 59]. The Court held a telephone hearing on August 24, 2011, wherein the Parties presented arguments on the pending Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to File a Supplemental Discovery Request to Obtain Additional Medical Records of Plaintiff [ECF No. 59] is **GRANTED.** Plaintiff Patrick G. Ryan shall submit to Defendants, within 10 days of the date of this Order, a medical authorization(s) identifying all medical providers for any neck and back injury for which he received medical treatment after May 2007, in proper form, so Defendants may communicate with all such medical providers to secure Plaintiff Patrick G. Ryan's medical records.

Dated this <u>24th</u> Day of <u>August</u>, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE